UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DOREAN A. SANDRI, individually and on
behalf of all others similarly situated,

        Plaintiff,

v.                                                   Case No. 18-C-1208

FINANCE SYSTEM OF GREEN BAY, INC. and
JOHN DOES,

        Defendants.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO STAY

Plaintiff Dorean A. Sandri, individually and on behalf of all others similarly situated, through Counsel, having filed an unopposed motion to stay this matter until this Court rules on the pending motion to dismiss in *Larkin v. Finance System of Green Bay, Inc.*, Case No. 18-cv-00496-WCG, and the Court having considered the Motion, and good cause appearing:

**IT IS THEREFORE ORDERED** that Plaintiff's motion (ECF No. 9) is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is stayed until the Court rules on the motion to dismiss now pending in *Larkin v. Finance System of Green Bay, Inc.*, Case No. 18-cv-00496-WCG.

Dated this  20th  day of September, 2018.

                                                          s/ William C. Griesbach
                                                          William C. Griesbach, Chief Judge
                                                          United States District Court