UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DOREAN A. SANDRI, individually and
on behalf of all others similarly situated,

        Plaintiff,

v.                                                  Case No. 18-C-1208

FINANCE SYSTEMS OF GREEN BAY, INC. and
JOHN DOES,

        Defendants.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO STAY

       Plaintiff Dorean A. Sandri, individually and on behalf of all others similarly situated, through counsel, having filed an unopposed motion to stay this matter pending resolution of a Seventh Circuit case raising similar issues as those asserted here. The motion to stay (ECF No. 12) is **GRANTED** and the case is stayed until further order of the court. Sandri is ordered to notify the court within ten days of the issuance of the Seventh Circuit's decision in the relevant case, *Larkin v. Finance System of Green Bay, Inc.* The Clerk is directed to administratively close the case.

       **SO ORDERED** this  6th  day of December, 2018.

                                                                      s/ William C. Griesbach
                                                                     William C. Griesbach, Chief Judge
                                                                     United States District Court